IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KEITH W. BELL**  **PLAINTIFF**
**ADC #167455**

VS.             4:18-CV-00796 BRW-PSH

**FAULKNER COUNTY DETENTION**
**CENTER UNIT 2**             **DEFENDANT**

## JUDGMENT

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 12th day of December, 2018.

/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE